UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA,

v.  Case No.:   2:24-cr-154-SPC-NPM

MICHAEL TRAMMELL
_____

# ORDER

Before the Court is the Government's Request for Leave to Dismiss Information under Federal Rule of Criminal Procedure 48(a).  (Doc. 57). Defendant's counsel filed a Notice of Filing for Defendant's death certificate. (Doc. 58 (certification of death attached)).  The Government requests leave of Court to dismiss the information against Defendant Michael Trammell because he is deceased.  Given the foregoing, the Government's request is granted.

Accordingly, it is

**ORDERED**:

1. The Government's Request for Leave to Dismiss Information (Doc. 57) is **GRANTED**.

2. The Information (Doc. 1) is **DISMISSED**.

3. The Clerk is **DIRECTED** to deny all pending motions as moot, terminate any deadlines, and close the case.

**DONE** and **ORDERED** in Fort Myers, Florida on July 3, 2025.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record